PER CURIAM.
Affirmed.
Sandstrom v. Leader, 370 So.2d 3 (Fla.1979); Hale v. State, 630 So.2d 521 (Fla. *206 1993); Gonzalez v. State, 571 So.2d 1346 (Fla. 3d DCA 1990), rev. denied, 584 So.2d 998 (Fla.1991); Perez v. State, 561 So.2d 1265 (Fla. 3d DCA), rev. denied, 576 So.2d 289 (Fla.1990); Horner v. State, 558 So.2d 138 (Fla. 3d DCA 1990); Bloodworth v. State, 504 So.2d 495 (Fla. 1st DCA 1987); Carter v. State, 481 So.2d 1252 (Fla. 3d DCA), rev. denied, 492 So.2d 1330 (Fla.1986).